### DISCIPLINARY DOCKET

**96–2586.   In re Judicial Campaign Complaint Against Patricia Morris**

## ORDER

Pursuant to Rule II, Section 5(E)(1) of the Supreme Court Rules for the Government of the Judiciary of Ohio and section 2701.11 of the Ohio Revised Code, the Supreme Court appoints the following judges to serve on the five-judge commission to consider the report of the hearing panel of the Board of Commissioners on Grievances and Discipline in *In re Judicial Campaign Complaint Against Patricia Morris,* Case No. 96–2586:

| | |
|---|---|
| Judge Cynthia C. Lazarus | Tenth District Court of Appeals |
| Judge Shelia G. Farmer | Fifth District Court of Appeals |
| Judge John D. Schmitt | Shelby County Court of Common Pleas (Third District) |
| Judge Judith A. Nicely | Summit County Court of Common Pleas, Domestic Relations Division (Ninth District) |
| Judge Margaret K. Weaver | Sandusky County Court of Common Pleas (Sixth District) |

Pursuant to Gov.Jud.R. III, Section 2(B)(1), the Supreme Court designates Judge Lazarus as chairman of the Commission.

Pursuant to R.C. 2701.11, Richard A. Dove, Associate Director of the Supreme Court of Ohio, for the purpose of this proceeding, is designated as Administrative Director to serve as Secretary to the Commission, with authority to sign entries and orders on behalf of and at the direction of the Commission or its chairman.

All pleadings and documents in this matter shall be filed with the Clerk of the Supreme Court. The original and seven copies of all documents shall be filed. Service on the Commission shall be made by serving the Secretary.

*Friday, November 22, 1996*

## MOTION DOCKET

**96–1054.   Enyart v. Columbus Metro. Area Community Action Org.** Franklin App. No. 95APE08–1033. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' motion for stay of execution of judgment pending resolution of all pending appeals,

IT IS ORDERED by the court that the motion for stay of execution of judgment pending resolution of all pending appeals be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**96–2603.   Valentino v. Pontesso.** In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.